IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARREN JOSEPH ARNOLD, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN THOMAS, et al., | : | |
| Respondents. | : | No. 13-2088 |

**ORDER**

**MARY A. MCLAUGHLIN, J.**

AND NOW, this 22nd day of May, 2014, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for writ of habeas corpus is DISMISSED with prejudice as to his procedurally defaulted and non-cognizable claims and DISMISSED without prejudice as to his unexhausted claims;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

MARY A. MCLAUGHLIN, JUDGE